IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEREMY RYAN,

    Plaintiff,                          JUDGMENT IN A CIVIL CASE

v.                                       11-cv-149-wmc

STATE OF WISCONSIN,

    Defendant.

---

    This action came for consideration before the court with Magistrate Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant State of Wisconsin granting its motion to dismiss this case.

_Peter Oppeneer_                          2/7/12
Peter Oppeneer, Clerk of Court            Date